**Ricco Lonzell WINFREY, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 02–1050.

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2002.

Filed March 8, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

PER CURIAM.

Ricco Winfrey appeals the district court's [1] denial of his motion challenging his sentence under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). For the reasons stated by the district court, the judgment is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.